UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY PEDEN, on behalf of herself and all others similar situated,

                Plaintiff,

-v-

230FA LLC,

                Defendant.

CIVIL ACTION NO. 24 Civ. 7754 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On or before **March 7, 2025**, the parties shall file a joint letter setting forth the results of their February 26, 2025 mediation and how they intend to proceed with the case.

Dated:    New York, New York
            March 4, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**