

March 21, 2025

**Via ECF**
Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

> The parties' request at ECF No. 32 is **GRANTED**. The deadline for the parties to submit their Cheeks submission is **EXTENDED** up to and including **March 28, 2025**.
>
> The Clerk of Court is respectfully directed to close ECF No. 32.
>
> SO ORDERED.   March 24, 2025
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Peden v. 230FA LLC*
       Case No. 24 Civ. 07754 (SLC)

Dear Judge Cave:

    My office represents Plaintiff in the above referenced matter. Together with Defendant's counsel, we write to request a one-week extension from the deadline to move for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). We ask that the Court extend the time to move for approval from March 21 to March 28. This is the Parties first request to extend this deadline, and no other deadlines will be affected.

    Since the Parties' status report, filed on March 7, the Parties exchanged drafts and edits on the settlement agreement and the motion for approval. The agreement is under final review and should be ready to file with the Court within seven days of today.

    The Parties apologize for submitting this extension request late. Counsel conferred on Wednesday about whether more time would be needed but, mistakenly, believed that the agreement would be finished and executed by today.

    Thank you for Your Honor's anticipated consideration of this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via ECF)

KESSLER MATURA P.C.  |  534 Broadhollow Road, Suite 275, Melville, New York 11747  |  Tel 631.499.9100
www.kesslermatura.com