# Exhibit D

Peden v. 230FA LLC

Attorneys' Fees & Costs Summary

| | |
|---|---|
| **Total Hours** | **35.5** |
| **Total Fees** | **$13,575.00** |
| **Total Costs** | **$575.00** |
| **TOTAL LODESTAR** | **$14,150.00** |

| **FEES SUMMARY -- as of March 7, 2025** | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Initials** | **Titles** | **Gross Hrs** | **Adj Hrs** | **Rate** | **Total** |
| Garrett Kaske | GK | Partner | 27.9 | 19.5 | $450 | $8,775.00 |
| Jocelyn Small | JS | Associate | 19.9 | 16.0 | $300 | $4,800.00 |
| Kristine Jimenez | KJ | Paralegal | 0.4 | 0.0 | $150 | $0.00 |
| **Total** | | | **48.2** | **35.5** | | **$13,575.00** |

| **COSTS SUMMARY -- as of March 7, 2025** | |
|---|---|
| Category | Total |
| Court Fees (Compalint - Receipt Number ANYSDC-30032190) | $405.00 |
| Process Server (Service of the Complaint) | $170.00 |
| **Total Incurred** | **$575.00** |

| **LODESTAR CROSSCHECK** | |
|---|---|
| Description | Total |
| Gross Settlement | $26,250.00 |
| Contingency Fee Rate | 33.33% |
| Attorneys' Fees Requested | $8,750.00 |
| Lodestar | $13,575.00 |
| **Fees as Multiplier of Lodestar** | **0.64** |
| Adjusted Hours | 35.5 |
| **Effective Hourly Rate (Attorneys' Fees Requested / Hours)** | **$246.48** |
| Gross Hours | 48.2 |
| **Percentage Reduction from Gross to Adjusted Hours** | **26%** |