# Exhibit E

Peden v. 230FA LLC

Time Records

| Date | User | Description | RawHours | AdjHours |
|---|---|---|---|---|
| 9/1/2023 | GK | Review client files re prior attempt to resolve dispute, payment files, and proof of pay disputes | 1.0 | 1.0 |
| 9/1/2023 | GK | Call and email with A Peden re **REDACTED** | 0.4 | 0.4 |
| 9/13/2023 | GK | Research prior litigation involving 230 Fifth, including Rodriguez, Mora, Golvko, lease and elevator dispute | 1.5 | 1.5 |
| 9/13/2023 | GK | Email with putative class member MJG | 0.1 | 0.1 |
| 9/14/2023 | GK | Email to A Peden re retainer | 0.1 | 0.1 |
| 9/25/2023 | GK | Emails with A Rubin re witness/putative class list | 0.1 | **0.0** |
| 10/2/2023 | GK | Emails with A Peden re manager | 0.1 | 0.1 |
| 12/8/2023 | GK | Email with putative class member AVD | 0.1 | 0.1 |
| 2/21/2025 | GK | Call with client re final facts for mediation statement and firming up same | 0.3 | 0.3 |
| 6/11/2024 | GK | Call with Client re **REDACTED** | 0.6 | 0.6 |
| 7/25/2024 | GK | Draft complaint | 1.2 | **0.6** |
| 9/25/2024 | JS | Reviewed claim letter & client documents | 0.8 | **0.0** |
| 9/25/2024 | JS | Reviewed & revised complaint | 2.8 | **1.4** |
| 10/9/2024 | JS | Reviewed form complaint re Admin Charge; Revised Complaint accordingly | 1.7 | **0.5** |
| 10/10/2024 | GK | Revise Complaint re final facts, willfulness allegations, good-faith allegations, prayer for relief (1.5); email to KJ and JS re tasks for filing and next steps (0.1); email to Client re update, complaint, final facts; (0.1); compile documents for Client's review before approving Complaint (0.1). | 1.8 | **0.9** |
| 10/11/2024 | GK | Emails with A Peden re additional facts and confirming same for Complaint | 0.1 | 0.1 |
| 10/11/2024 | GK | Emails with J Small re complaint edits | 0.2 | 0.2 |
| 10/11/2024 | GK | File case via ECF | 0.3 | **0.0** |
| 10/11/2024 | KJ | Drafted summons and civil cover sheet; sent to GK/JS | 0.2 | **0.0** |
| 10/15/2024 | GK | Review case designation orders; email same to Team | 0.1 | 0.1 |
| 10/15/2024 | GK | Email to MH re service | 0.1 | 0.1 |
| 10/17/2024 | JS | Drafted Letter to Judge Ho re Time to Extend - Consent to Magistrate Judge | 0.2 | 0.2 |
| 10/23/2024 | GK | Emails with MH and JS re aff of service | 0.1 | 0.1 |
| 10/23/2024 | JS | Research re FLSA Collective Cert. | 0.5 | **0.0** |

Peden v. 230FA LLC

Time Records

| Date | User | Description | RawHours | AdjHours |
|---|---|---|---|---|
| 11/8/2024 | GK | Emails with J Small re 230 Fifth's default and letter to the Court | 0.1 | 0.1 |
| 11/11/2024 | GK | Email with J Small re revisions to the consent for, | 0.1 | 0.1 |
| 11/11/2024 | JS | Drafted Consent to Join Form | 0.1 | 0.1 |
| 11/11/2024 | JS | Drafted letter to Defendant re Time to Cure Default | 0.2 | 0.2 |
| 11/11/2024 | JS | Drafted Letter to Judge Cave re Time to Extend - Consent to Magistrate Judge, 2nd Req | 0.2 | 0.2 |
| 11/12/2024 | GK | Email with J Small re revisions to letter to Court | 0.1 | 0.1 |
| 11/18/2024 | JS | Email to AP re Update/ Consent to Join | 0.1 | 0.1 |
| 11/18/2024 | KJ | sent Consent to Join to A. Peden via docusign | 0.1 | **0.0** |
| 11/25/2024 | GK | Call with A Mingione re answer, Court order, timing | 0.1 | 0.1 |
| 11/25/2024 | GK | Review Def Counsel information and add note to file re call from Blank Rome attorney | 0.1 | 0.1 |
| 11/25/2024 | GK | Emails with A Mingione re answer | 0.1 | 0.1 |
| 12/10/2024 | GK | Call with and f/u email to M Cohen re default, claims, magistrate | 0.2 | 0.2 |
| 12/12/2024 | GK | Emails with M Cohen re letter to Court and time to follow up; review letter to Court and approve Plaintiff's consent for same | 0.1 | 0.1 |
| 12/27/2024 | GK | Pre-mediation zoom with Mediator (0.2); prepare for pre-mediation zoom re reviewing complaint and mediation order (0.2); call with M Cohen re settlement and mediation options (0.2); email to TK and JS re notes from call with M Cohen and Zoom with Mediator (0.2); email to client re mediation dates and update (0.1). | 0.8 | 0.8 |
| 1/10/2025 | GK | Email to M Cohen and mediator re dates (0.2); email to M Cohen re alternative mediation proposal and data request (0.3) | 0.5 | 0.5 |
| 1/20/2025 | JS | Reviewed client docs, organized & bate stamped for mediation document exchange | 1.0 | 1.0 |
| 1/27/2025 | GK | Review client's messages with co-workers for mandatory production (0.3); email with client re **REDACTED** WhatsApp (0.1) | 0.4 | 0.4 |
| 1/27/2025 | GK | Emails with client re emails from the employer | 0.1 | 0.1 |
| 1/27/2025 | GK | Preliminary damages calculations and outlining for same; identify missing information for calculations | 1.5 | 1.5 |
| 1/28/2025 | GK | Review files compiled by J Small for production, add WhatsApp export and attachments, plus client emails, and prepare all for prduction (2.3); index production (0.1); email to JS re documents (0.1) | 2.5 | 2.5 |

Peden v. 230FA LLC

Time Records

| Date | User | Description | RawHours | AdjHours |
|---|---|---|---|---|
| 1/31/2025 | JS | Call to AP re Damages- Admin charge; late pay; EventPay rate changes | 0.3 | 0.3 |
| 1/31/2025 | GK | Call with JS re talking through damages model for mediation and finalizing same | 0.8 | **0.0** |
| 1/31/2025 | JS | Call with GK re talking through damages model for mediation and finalizing same | 0.8 | 0.8 |
| 2/6/2025 | JS | Outlined mediation statement | 0.8 | 0.8 |
| 2/10/2025 | JS | Drafted mediation statement | 1.5 | 1.5 |
| 2/11/2025 | GK | Emails with M Cohen re answer | 0.1 | 0.1 |
| 2/12/2025 | JS | SDNY case law research re underpayment/regular pay/ admin charge | 0.9 | 0.9 |
| 2/13/2025 | JS | Revisions/edits to mediation statements | 1.0 | 1.0 |
| 2/19/2025 | JS | Prep for Mediation prep with AP | 0.5 | 0.5 |
| 2/19/2025 | JS | Mediation prep with AP | 0.6 | 0.6 |
| 2/21/2025 | GK | Revise damages model re further review of client's files and information from same; finalize same for supplemental production | 1.5 | 1.5 |
| 2/21/2025 | GK | Revise mediation statement re additional discussion points as per rules, shortening topics, settlement history/terms | 2.5 | 2.5 |
| 2/21/2025 | GK | Email service of mediation statement to M Wolfson & redacted copy to M Cohen | 0.1 | 0.1 |
| 2/25/2025 | GK | Review mediation statement and exhibit (0.2); email to TK and JS re notes on same (0.1). | 0.3 | 0.3 |
| 2/25/2025 | GK | Mediation w/ JS - Mediated by M. Wolfson | 5.5 | **0.0** |
| 2/25/2025 | GK | Post-mediation call with JS and Client | 0.1 | **0.0** |
| 2/25/2025 | GK | Post-mediation call with JS re tasks for approval | 0.1 | **0.0** |
| 2/25/2025 | JS | Mediation w/ GK - Mediated by M. Wolfson | 5.5 | 5.5 |
| 2/25/2025 | JS | Post-mediation call with GK and Client | 0.1 | 0.1 |
| 2/25/2025 | JS | Post-mediation call with GK re tasks for approval | 0.1 | 0.1 |
| 2/26/2025 | GK | Emails with M Cohen re settlement structure, referral to magistrate | 0.1 | 0.1 |
| 2/27/2025 | KJ | Drafted consent to Magistrate Judge. Sent to GK/JS | 0.1 | **0.0** |
| 3/5/2025 | GK | Review, edit, and sign Magistrate Consent form (0.1); emails with JS re Magistrate Consent, letter to Court, and review of letter to court re Cheeks motion drafted by JS (0.1). | 0.2 | 0.2 |
| 3/5/2025 | GK | Emails with JS re letter to Court and motion timing | 0.1 | 0.1 |
| 3/5/2025 | JS | Drafted letter to Court re Status Report ECF No. 27 | 0.1 | 0.1 |
| 3/5/2025 | JS | Email to Ds Atty re 3/21 deadline for Cheeks motion and circulated consent to magistrate form for review and sig | 0.1 | 0.1 |

Peden v. 230FA LLC

Time Records

| Date | User | Description | RawHours | AdjHours |
|---|---|---|---|---|
| 3/7/2025 | GK | First pass review of the settlement agreement | 0.1 | 0.1 |
| 3/7/2025 | GK | Revise settlement agreement re non-participation clause, indemnification, scope of the release, withdrawal of claims, pending matters | 1.1 | 1.1 |
| 3/7/2025 | GK | Research non-participation clauses and agreements approved by Magistrate Judge Cave | 0.3 | 0.3 |
| 3/7/2025 | GK | Emails with M Cohen re edits to the agreement and issues with same | 0.1 | 0.1 |