# **Exhibit F**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ASHLEY PEDEN, on behalf of herself and all others similar situated,

Plaintiff,

-against-

230FA, LLC,

Defendant.

-----------------------------------------------------------X

Case No.: 24-cv-07754 (DEH)(SLC)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action, through their undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs.

Plaintiff is precluded from bringing any further claims against the Defendant under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including minimum wages and overtime pay for the period set forth in Plaintiff's Complaint.



Doc ID: 2f41f6fd032d41af7707704217ff22bd435c0c1b

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: March 27, 2025

KESSLER MATURA P.C.
*Attorneys for Plaintiff*

By: ______________________
Garrett Kaske, Esq.
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
gkaske@kesslermatura.com

Dated: March 27, 2025

KAUFMAN DOLOWICH, LLP
*Attorneys for Defendant*

By: ______________________
Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
mcohen@kaufmandolowich.com

**SO ORDERED:**

______________________



Doc ID: 2f41f6fd032d41af7707704217ff22bd435c0c1b